UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAZAR GONZALEZ CHAVEZ,<br><br>    Plaintiff,<br><br>v.<br><br>MOISES BECERRA, et al.,<br><br>    Defendants. | Case No. 23-cv-03152-PCP<br><br>**ORDER REQUESTING STATUS UPDATE**<br><br>Re: Dkt. No. 14 |

Petitioner Eliazar Gonzalez Chavez's case was reassigned to Judge P. Casey Pitts on October 27, 2023. Dkt. No. 17. His petition for a writ of habeas corpus has been fully briefed. *See* Dkt. Nos. 1, 13, 14. The Court now requests a status update from Mr. Gonzalez Chavez, in the form of a report not to exceed three pages, identifying any relevant changes to his circumstances since the filing of his traverse on August 3, 2023. The report must be filed within 14 days of this Order, and should include any updates on Mr. Gonzalez Chavez's pending appeal before the Board of Immigration Appeals of his July 21, 2023 merits hearing, wherein an Immigration Judge ordered his removal. Dkt. No. 14, at 7.

**IT IS SO ORDERED.**

Dated: March 12, 2024

P. Casey Pitts
United States District Judge